**Order entered March 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01261-CR

### TOMMY STONE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-59672-Y

## ORDER

The Court **GRANTS** court reporter Sharina A. Fowler's second motion for extension of time to file the reporter's record.

We **ORDER** Ms. Fowler to file the reporter's record within **FIFTEEN DAYS** from the date of this order.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE